# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-7058 MRW | Date | October 13, 2021 |
|---|---|---|---|
| Title | Roy Yiun v. Lieu Management, LLC, et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER DISMISSING CASE**

Plaintiff filed a notice dismissing this case without prejudice. (Docket # 8.) This action is dismissed without prejudice.